THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:22-CR-397 |
| | : | (JUDGE MARIANI) |
| KYLE AARON HENDRICKS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 26th DAY OF SEPTEMBER, 2023, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Hendricks' Motion to Dismiss the Indictment (Doc. 28) is **DENIED**.

Robert D. Mariani
United States District Judge